
✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 12 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| RICKIE L. HILL, | ) | 3:15-CV-0038-RCJ-CLB |
| Plaintiff(s), | ) | **MINUTES OF PROCEEDING** |
| vs. | ) | DATE: December 12, 2019 |
| C. ROWLEY, et al., | ) | |
| Defendant(s). | ) | |

PRESENT: THE HONORABLE CARLA BALDWIN, U.S. MAGISTRATE JUDGE

Deputy Clerk: Lisa Mann          Court Reporter: Liberty Recorder

Counsel for Plaintiff(s): Rickie Hill

Counsel for Defendant(s): Doug Rands

PROCEEDINGS: GLOBAL SETTLEMENT CONFERENCE

9:00 a.m. Court convenes.

The Court addresses the parties regarding the purpose of this hearing and directs that plaintiff be unshackled for this proceeding.

The Court inquires and Deputy Director John Borrowman confirms that he has full authority to settle this action and further confirms that he is acting on behalf of the Director of the Nevada Department of Corrections at this global settlement conference.

The Court explains her role and the process by which she will follow for this global settlement conference.

9:15 a.m. Court recesses.

2:25 p.m. Court reconvenes.

The Court notes that the Court and the parties met privately regarding this case and the additional 43 civil rights lawsuits plaintiff has filed in this Court as identified and listed in Attachment "A."

The Court further notes that the parties are unable to settle at this time. However, the parties agree that after the trial in case no. 3:15-CV-0038-RCJ-CLB, the parties will reconvene a continued global settlement conference.

IT IS SO ORDERED.

2:28 p.m. Court adjourns.

DEBRA K. KEMPI, CLERK

By:_____/s/_____
    Lisa Mann, Deputy Clerk

ATTACHMENT "A"

Attachment "A"

| No. | Plaintiff | Lead Defendant | Case No. | Date Filed | DJ | MJ |
|---|---|---|---|---|---|---|
| 1 | Hill, Rickie | Rowley | 3:15-cv-38 | 1/20/2015 | RCJ | CBC |
| 2 | Hill, Rickie | Sunday | 3:19-cv-306 | 6/6/2019 | MMD | CBC |
| 3 | Hill, Rickie | Reubart | 3:19-cv-329 | 6/17/2019 | MMD | WGC |
| 4 | Hill, Rickie | Boyd | 3:19-cv-352 | 6/24/2019 | MMD | WGC |
| 5 | Hill, Rickie | Chung | 3:19-cv-362 | 6/27/2019 | MMD | CBC |
| 6 | Hill, Rickie | Rowley | 3:19-cv-367 | 7/1/2019 | MMD | WGC |
| 7 | Hill, Rickie | Romero | 3:19-cv-381 | 7/5/2019 | MMD | WGC |
| 8 | Hill, Rickie | Thomas | 3:19-cv-387 | 7/10/2019 | MMD | WGC |
| 9 | Hill, Rickie | Morrison | 3:19-cv-391 | 7/11/2019 | MMD | CBC |
| 10 | Hill, Rickie | Parr | 3:19-cv-392 | 7/11/2019 | MMD | WGC |
| 11 | Hill, Rickie | Rose | 3:19-cv-412 | 7/19/2019 | MMD | CBC |
| 12 | Hill, Rickie | Maldonado | 3:19-cv-415 | 7/22/2019 | MMD | CBC |
| 13 | Hill, Rickie | Castro | 3:19-cv-417 | 7/22/2019 | MMD | CBC |
| 14 | Hill, Rickie | Maldonado | 3:19-cv-433 | 7/29/2019 | MMD | CBC |
| 15 | Hill, Rickie | Rowley | 3:19-cv-434 | 7/29/2019 | MMD | WGC |
| 16 | Hill, Rickie | Wickham | 3:19-cv-443 | 8/1/2019 | MMD | CBC |
| 17 | Hill, Rickie | Rexwinkel | 3:19-cv-446 | 8/1/2019 | MMD | CBC |
| 18 | Hill, Rickie | Wickham | 3:19-cv-444 | 8/1/2019 | MMD | WGC |
| 19 | Hill, Rickie | Boyd | 3:19-cv-445 | 8/1/2019 | MMD | WGC |
| 20 | Hill, Rickie | Travis | 3:19-cv-452 | 8/2/2019 | MMD | CBC |
| 21 | Hill, Rickie | Baker | 3:19-cv-450 | 8/2/2019 | MMD | CBC |
| 22 | Hill, Rickie | Sandoval | 3:19-cv-451 | 8/2/2019 | MMD | WGC |
| 23 | Hill, Rickie | Byrne | 3:19-cv-455 | 8/5/2019 | JAD | CBC |
| 24 | Hill, Rickie | Byrne | 3:19-cv-454 | 8/5/2019 | GMN | CBC |
| 25 | Hill, Rickie | Dugan | 3:19-cv-456 | 8/5/2019 | RFB | WGC |
| 26 | Hill, Rickie | Rowley | 3:19-cv-465 | 8/8/2019 | MMD | CBC |
| 27 | Hill, Rickie | Sharp | 3:19-cv-471 | 8/9/2019 | MMD | CBC |
| 28 | Hill, Rickie | Kerner | 3:19-cv-476 | 8/12/2019 | MMD | CBC |
| 29 | Hill, Rickie | Gittere | 3:19-cv-478 | 8/12/2019 | MMD | CBC |
| 30 | Hill, Rickie | Hinkle | 3:19-cv-482 | 8/12/2019 | MMD | CBC |
| 31 | Hill, Rickie | Rowley | 3:19-cv-477 | 8/12/2019 | RCJ | WGC |
| 32 | Hill, Rickie | Kerner | 3:19-cv-476 | 8/12/2019 | MMD | WGC |
| 33 | Hill, Rickie | Baker | 3:19-cv-495 | 8/15/2019 | MMD | CBC |
| 34 | Hill, Rickie | Baker | 3:19-cv-493 | 8/15/2019 | MMD | CBC |
| 35 | Hill, Rickie | Wickham | 3:19-cv-505 | 8/16/2019 | RCJ | CBC |
| 36 | Hill, Rickie | Wickham | 3:19-cv-502 | 8/16/2019 | MMD | WGC |
| 37 | Hill, Rickie | Wickham | 3:19-cv-512 | 8/19/2019 | RCJ | CBC |
| 38 | Hill, Rickie | Wickham | 3:19-cv-513 | 8/19/2019 | MMD | CBC |
| 39 | Hill, Rickie | Collard | 3:19-cv-515 | 8/19/2019 | RFB | CBC |
| 40 | Hill, Rickie | Wickham | 3:19-cv-514 | 8/19/2019 | GMN | WGC |
| 41 | Hill, Rickie | Arias | 3:19-cv-540 | 8/29/2019 | MMD | WGC |

Attachment "A"

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | Hill, Rickie | Noriega | 3:19-cv-541 | 8/29/2019 | MMD | WGC |
| 43 | Hill, Rickie | Rowley | 3:19-cv-588 | 9/23/2019 | MMD | CBC |
| 44 | Hill, Rickie | Rowley | 3:19-cv-590 | 9/23/2019 | MMD | WGC |